IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEREK D. THAMES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-15-1365-R |
| | ) |
| CARL BEAR, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered January 25, 2016. Doc. No. 6. The Report and Recommendation recommends that this action be dismissed unless Petitioner pays the $5.00 filing fee to the Court Clerk within twenty (20) days of any order adopting the Report and Recommendation. Petitioner has filed two pleadings entitled "Motion to Order Petitioner Contempt," Doc. No. 8, and "Motion to Review Confirm," *Id.,* neither of which addresses Petitioner's failure to pay the filing fee and both of which are nonsensical. Therefore, the Court ADOPTS the Report and Recommendation of the Magistrate Judge and advises Petitioner that this case will be dismissed without prejudice unless Petitioner pays the $5.00 filing fee to the Court Clerk within twenty (20) days of the date of this Order.

IT IS SO ORDERED this 17th day of February, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE